**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Home Care Resources Holdings, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **99-0641385** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3313 West Commercial Boulevard Suite 130 Fort Lauderdale, FL 33309** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Broward** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Home Care Resources Holdings, LLC**                    Case number (*if known*) _____
Name

**7.   Describe debtor's business**   A. *Check one:*

- ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____6216____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

| District | When | Case number |
|----------|------|-------------|
| District | When | Case number |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☑ Yes.

Debtor  **Home Care Resources Holdings, LLC**  Case number (*if known*) _____
_____
Name

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **See Attachment** | | Relationship |
| District | _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Home Care Resources Holdings, LLC**                                    Case number (*if known*) _____
     Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 30, 2024**
             MM / DD / YYYY

**X** _____       **Gary R. Loffredo**
     Signature of authorized representative of debtor       Printed name

Title    **CEO and Manager**

---

**18. Signature of attorney**

**X**   **/s/ Joseph A. Pack** _____       Date   **October 30, 2024**
     Signature of attorney for debtor                          MM / DD / YYYY

**Joseph A. Pack**
Printed name

**Pack Law**
Firm name

**51 NE 24th St., #108**
**Miami, FL 33137**
Number, Street, City, State & ZIP Code

Contact phone   **(305) 916-4500**      Email address   **joe@packlaw.com**

**117882 FL**
Bar number and State

---

Debtor __**Home Care Resources Holdings, LLC**_____   Case number (*if known*) _____
           Name

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA
_____

Case number (*if known*) _____   Chapter __**11**__

☐ Check if this an
   amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | **Able Palms Holdings, LLC** | | Relationship to you | **Affiliate** |
|---|---|---|---|---|
| District | **Southern District of Florida** | When **10/30/24** | Case number, if known | |
| Debtor | **Able Palms Home and Health Care Services, Inc.** | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When **10/30/24** | Case number, if known | |
| Debtor | **CWGL Holdings, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When **10/30/24** | Case number, if known | |
| Debtor | **Healthcare Holdings 9 LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When **10/30/24** | Case number, if known | |
| Debtor | **Healthcare Holdings of Florida LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When **10/30/24** | Case number, if known | |
| Debtor | **HHMA Holdings LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When **10/30/24** | Case number, if known | |
| Debtor | **HHMA LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When **10/30/24** | Case number, if known | |
| Debtor | **Home Care Resources Holdings, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When **10/30/24** | Case number, if known | |
| Debtor | **Home Care Resources Home Health Agency, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When **10/30/24** | Case number, if known | |
| Debtor | **Senior Advantages Assisted Living Placement Services, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When **10/30/24** | Case number, if known | |
| Debtor | **Senior Nannies Holdings, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When **10/30/24** | Case number, if known | |
| Debtor | **Senior Nannies Home Care Services, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When **10/30/24** | Case number, if known | |
| Debtor | **Senior Nannies Management Services, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When **10/30/24** | Case number, if known | |
| Debtor | **SN Home Healthcare, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When **10/30/24** | Case number, if known | |

EXECUTION VERSION

**UNANIMOUS CONSENT OF MEMBERS, MANAGERS AND BOARD OF DIRECTORS AND MEMBERS OF (1) HEALTHCARE HOLDINGS OF FLORIDA LLC, (2) HEALTHCARE HOLDINGS 9 LLC, (3) HHMA HOLDINGS LLC, (4) HHMA LLC, (5) ABLE PALMS HOLDINGS, LLC, (6) ABLE PALMS HOME AND HEALTH CARE SERVICES, INC., (7) HOME CARE RESOURCES HOLDINGS, LLC, (8) HOME CARE RESOURCES HOME HEALTH AGENCY, LLC, (9) CWGL HOLDINGS, LLC, (10) SENIOR NANNIES HOLDINGS, LLC, (11) SENIOR NANNIES MANAGEMENT SERVICES, LLC, (12) SENIOR NANNIES HOME CARE SERVICES, LLC, (13) SN HOME HEALTHCARE, LLC, AND (14) SENIOR ADVANTAGES ASSISTED LIVING PLACEMENT SERVICES, LLC**

October 16, 2024

The undersigned, being the members, managers, and board of directors, as applicable (in each case, as identified on the signature pages attached hereto, the "Managing Parties"), of (i) Healthcare Holdings of Florida LLC, a Delaware limited liability company, (ii) Healthcare Holdings 9 LLC, a Florida limited liability company, (iii) HHMA Holdings LLC, a Florida limited liability company, (iv) HHMA LLC, a Florida limited liability company, (v) Able Palms Holdings, LLC, a Florida limited liability company, (vi) Able Palms Home and Health Care Services, Inc., a Florida corporation, (vii) Home Care Resources Holdings, LLC, a Florida limited liability company, (viii) Home Care Resources Home Health Agency, LLC, a Florida limited liability company, (ix) CWGL Holdings, LLC, a Florida limited liability company, (x) Senior Nannies Holdings, LLC, a Florida limited liability company, (xi) Senior Nannies Management Services, LLC, a Florida limited liability company, (xii) SN Home Healthcare, LLC, a Florida limited liability company, (xiii) Senior Nannies Home Care Services, LLC, a Florida limited liability company, and (xiv) Senior Advantages Assisted Living Placement Services, LLC, a Florida limited liability company (each of the foregoing, a "Company", and collectively, the "Companies"), as of the date hereof, hereby consent to the adoption of the following resolutions as of the date hereof:

**WHEREAS**, the Managing Parties of the Companies were advised as to the contents of these resolutions and unanimous consent of the Managing Parties was sought by management of the Companies in respect of these resolutions;

**WHEREAS**, the Managing Parties have considered presentations by management and the financial and legal advisors of the Companies regarding the liabilities and liquidity situation of the Companies, the strategic alternatives available to it, and the effect of the foregoing on the Companies' business; and

**WHEREAS**, the Managing Parties have had the opportunity to consult with the financial and legal advisors of the Companies and assess the considerations related to the commencement of chapter 11 cases under title 11 of the United States Code (the "Bankruptcy Code"), including materials provided by the financial and legal advisors, and the Managing Parties recommend the adoption of these resolutions.

## The Chapter 11 Cases

**NOW, THEREFORE, BE IT RESOLVED**, in light of the Companies' current financial condition, after the Managing Parties have investigated, discussed, and considered options for addressing the Companies' financial challenges and, after consultation with the Companies' advisors, the Managing Parties have concluded that it is in the best interests of the Companies, their creditors, their employees, and other interested parties that a petition be filed by each Company seeking relief under the provisions of the Bankruptcy Code; and

**RESOLVED FURTHER**, that the chief executive officer, or if there is no chief executive officer, then any other officer or manager of each Company, including the appointed Managers of such Company, if applicable (each, an "Authorized Officer" and collectively, the "Authorized Officers"), be, and each of them individually hereby is, authorized, in the name and on behalf of such Company, appointed as such Company's authorized representatives, and in such capacity, acting alone or together, with power of delegation, be, and they hereby are, authorized and empowered to execute and file on behalf of such Company, all petitions, schedules, lists, applications, pleadings and other motions, papers, agreements, consents or documents in the Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court"), and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of such Company's businesses, and any action necessary to initiate cases under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases"); and

**RESOLVED FURTHER**, that the law firm of Pack Law, P.A. ("Pack Law") is hereby employed as general bankruptcy counsel to represent and assist each Company in carrying out its duties under the Bankruptcy Code, subject to Bankruptcy Court approval; and

**RESOLVED FURTHER,** that each Authorized Officer be, and hereby is, authorized and directed to employ any other professionals to assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance such Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary; and

**RESOLVED FURTHER,** that each Authorized Officer be, and hereby is, granted with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deems necessary, proper or desirable in connection with the Chapter 11 Cases, with a view to the successful prosecution of such case; and

**RESOLVED FURTHER,** that the filing by each Company of a petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code shall not dissolve such Company.

2

### General Resolutions

**RESOLVED FURTHER**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of each Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Officer's or Authorized Officers' judgment shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and

**RESOLVED FURTHER**, that all Managing Parties have received sufficient notice of the actions and transactions relating to the matters by the foregoing resolutions, as may be required by the organizational documents of the Companies and/or under applicable law, or hereby waive any right to have received such notice; and

**RESOLVED FURTHER**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Companies, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Companies with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution by the Managing Parties; and

**RESOLVED FURTHER**, that these resolutions may be executed and delivered in multiple counterparts and via facsimile or other electronic means, all of which taken together shall constitute one and the same instrument.

[Signature Pages Follow]

3

EXECUTION VERSION

**IN WITNESS WHEREOF, THE UNDERSIGNED MEMBERS HAVE DULY EXECUTED THESE RESOLUTIONS AS OF THE DATE FIRST WRITTEN ABOVE.**

**HEALTHCARE HOLDINGS OF FLORIDA LLC**

_____

By: Gary R. Loffredo, as Member and Manager

_____

By: Claudia Wechter, as Member and Manager

**CWGL HOLDINGS, LLC**

_____

By: Gary R. Loffredo, as Class A Member and Manager

_____

By: Claudia Wechter, as Class A Member and Manager

**HHMA HOLDINGS LLC**

**By: Healthcare Holdings of Florida LLC, its sole Member**

_____

By: Gary R. Loffredo, as Member and Manager

_____

By: Claudia Wechter, as Member and Manager

**SENIOR NANNIES HOLDINGS, LLC**

**By: CWGL, LLC, its sole Member**

_____

By: Gary R. Loffredo, as Manager

_____

By: Claudia Wechter, as Manager

**HHMA LLC**

**By: HHMA Holdings LLC, its sole Member**

**By: Healthcare Holdings of Florida LLC, its sole Member**

_____

By: Gary R. Loffredo, as Member and Manager

_____

By: Claudia Wechter, as Member and Manager

**SENIOR NANNIES MANAGEMENT SERVICES, LLC**

**By: Senior Nannies Holdings, LLC, its sole Member**

**By: CWGL LLC, its sole Member**

_____

By: Gary R. Loffredo, as Manager

_____

By: Claudia Wechter, as Manager

**ABLE PALMS HOLDINGS, LLC**

**By: Healthcare Holdings of Florida LLC, its sole Member**

_____

By: Gary R. Loffredo, as Member and Manager

_____

By: Claudia Wechter, as Member and Manager


**ABLE PALMS HOME AND HEALTH CARE SERVICES, INC.**

**By: Able Palms Holdings LLC, its sole Member**

**By: Healthcare Holdings of Florida LLC, its sole Member**

_____

By: Gary R. Loffredo, as Director

_____

By: Claudia Wechter, as Director


**SENIOR NANNIES HOME CARE SERVICES, LLC**

**By: Senior Nannies Holdings, LLC, its sole Member**

**By: CWGL LLC, its sole Member**

_____

By: Gary R. Loffredo, as Manager

_____

By: Claudia Wechter, as Manager


**SN HOME HEALTHCARE, LLC**

**By: Senior Nannies Holdings, LLC, its sole Member**

**By: CWGL LLC, its sole Member**

_____

By: Gary R. Loffredo, as Manager

_____

By: Claudia Wechter, as Manager

**HOME CARE RESOURCES HOLDINGS, LLC**

By: Healthcare Holdings of Florida LLC, its sole Member

_____

By: Gary R. Loffredo, as Member and Manager

_____

By: Claudia Wechter, as Member and Manager

**SENIOR ADVANTAGES ASSISTED LIVING PLACEMENT SERVICES, LLC**

By: Senior Nannies Holdings, LLC, its sole Member

By: CWGL LLC, its sole Member

_____

By: Gary R. Loffredo, as Manager

_____

By: Claudia Wechter, as Manager

**HOME CARE RESOURCES HOME HEALTH AGENCY, LLC**

By: Home Care Resources Holdings, LLC, its sole Member

By: Healthcare Holdings of Florida LLC, its sole Member

_____

By: Gary R. Loffredo, as Member and Manager

_____

By: Claudia Wechter, as Member and Manager

**HEALTHCARE HOLDINGS 9 LLC**

By: Healthcare Holdings of Florida LLC, its sole Member

_____

By: Gary R. Loffredo, as Manager

_____

By: Claudia Wechter, as Manager

## United States Bankruptcy Court
### Southern District of Florida

In re   **Healthcare Holdings of Florida LLC, et al.** _____   Case No. _____

_____Debtor(s)   Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO and Manager of the corporation named as the debtor in this case, hereby verify that the attached consolidated list of creditors is true and correct to the best of my knowledge.

Date:   **October 30, 2024** _____          **/s/ Gary R. Loffredo** _____

**Gary R. Loffredo**/**CEO and Manager**
Signer/Title

```
D & H PROPERTIES, LLC
5085 COMMERCIAL WAY
SPRING HILL, FL 34606


Management Specialists LLC
1637 SE Port St Lucie Blvd
Port St Lucie FL 34952


FA REALTY, LLC
3343 W COMMERCIAL BLVD
SUITE 103
FORT LAUDERDALE FL 33309


Melbourne Historical Building LLC
927 New Haven Ave
Melbourne FL 32901


NAAM Property Management LLC
3632 Land O'Lakes
Suite 105
Land O'Lakes, FL 34639


Partners of Kings Point Limited
6638 W. Atlantic Ave.
Delray Beach, FL 33446


Kings Point LLC
33 Clinton Road, Suite 203
West Caldwell, NJ 07006


Regus management Group
Jacksonville Quadrant I Office 439


SE Suites, LLC
677 N. Washington Blvd,
Suite 28
Sarasota, FL 34236
```

Managent Miami LLC
12550 Biscayne Blvd
Suite 029
North Miami, FL 33181


THE PRESERVE AT PALM AIRE
3701 W MCNAB ROAD
POMPANO BEACH , FL 33069


Primary Care Solution
Nettle Island
9815 SOUTH OCEAN DR UNIT 3-B,
JENSEN BEACH, FL 34957


3313 Exchange LLC
3313 W Commercial Blvd
SUITE 130
Fort Lauderdale FL 33309


Park Summit at Coral Springs
8500 Royal Palm Bvld C131
Coral Springs FL 33065


SHI-III WSL Port Saint Lucie Operator LLC
279 NW California Blvd
PSL, FL 34986


Premier Residences of Hollywood
2480 North Park Road
Hollywood, FL 33021


TDL
7000 W. Palmetto Park Road,
Office # 9 ,
Boca Raton, FL 33433


TDL Centers West Boca
621 NW 53rd Street
Suite 125

Boca Raton, FL. 33487

The Barrington Senior Living
901 Seminole Blvd Apt 421
Largo, FL 33770

DR PHILLIPS INC
7758 Wallace Road Suite 3
ORLANDO FL 32819

DR. Phillips Inc
7400 Dr Phillips Blvd
Orlando FL 32819

Grumble
6911 PISTOL RANGE RD
TAMPA, FL 33635

Atlantic
2310 E Atlantic Blvd
Pompano Beach FL

Copperstone (NAMM)
3632 Land O'Lakes, Suite 105
Land O'Lakes, FL 34639

EMERALD HILLS INVESTMENTS LLC
PO BOX 3059
STUART, FL 34995

REGAL PALMS
300 LAKE AVE NE
LARGO, FL 33771

7700 CONGRESS LTD
7700 CONGRESS AVENUE SUITE 1108
BOCA RATON, FL 33487

Offices In the Lakes
c/o Horizon Properties
18610 N.W. 87 Avenue, Suite 204,
Hialeah, Fl 33015


Megacenter Hallandale, LLC
1000 West Pembroke Rd,
Hallandale Beach, Florida 33009


GV Largo Opco, LLC_d/b/a The Barrigton
901 Seminole Blvd
Largo, FL 33770


Fisher-Bray Real Estate Group
1511 NE 4th Ave
Fort Lauderdale, 33304


W.R.E.C
14651  21 Street
Dade City   FL 33523


DUKE ENERGY
525 S TRYON ST
Charlotte NC 28202


FPL
GENERAL MAIL FACILITY
MIAMI FL  33188


Palm Beach County Water Utilities Department
PO BOX 24740
West Palm Beach FL 33416


Orlando Utilities Commission
PO BOX 31329
Tampa, FL 33631-3329

SYNERGY CONSULTING SERVICES II INC
18151 SW 98 CT
MIAMI, FL 33157


Agape Complete Health and Ministry
141 Danforth Dr
Punta Gorda, FL 33980


Advanced Care Solution
4001 NW 124th Ave
Coral Springs, FL 33065


WellSky Corporation
PO BOX 207613
DALLAS, TX 75320-7613


American Express
American Express Customer Service
P.O. Box 981535,
El Paso, TX 79998


CMS
7500 Security Boulevard
Baltimore, Maryland 21244-1850


HRSA
5600 Fishers Lane,
Rockville, MD 20857 USA


First Insurance Funding Corp
P.O. Box 66468,
Chicago, IL 60666-0468


PCC USA INC
2620 SW 27 AVENUE,
MIAMI, FL 33133

Salvatore Loffredo
17167 SE 79th McLawren Terrace,
The Villages, FL 32162


BFW ADVERTISING, INC
2500 N Military Trl Ste 400,
Boca Raton, FL 33431


Geiger
PO Box 712144,
Cincinnati, OH 45271


Kanrad Technologies ,Inc.
4340 Stevens Creek Blvd #162,
San Jose, CA 95129


Baptist Health Foundation
P.O. Box 748853
Atlanta, GA 30374


Fisher & Phillips
450 East Las Olas Blvd Suite 800,
Ft. Lauderdale, FL 33301


Ascendant Commercial Insurance
P.O. Box 141368,
Coral Gables, FL 33114


Fairfax Publishing Company
PO BOX 791569,
Baltimore, MD 21279-1569


Aspen Facility Services
PO BOX 7268,
Delray Beach FL 33482

FIRST CITIZENS BANK & TRUST CO
21146 NETWORK PLACE,
CHICAGO, IL 60673


Trilogy Medwaste
PO BOX 670650,
Dallas, TX 75267


Marlin Business
P.O. Box 13604,
Philadelphia, PA 19101-3604


Carlos Sarmiento (CSC TRADING)
770 CLAUGHTON ISLAND DR, PH12,
Miami, FL 33131


AT&T Mobility
PO Box 6463,
Carol Stream, IL 60197-6463


Bright Shine Professional Cleaning
552 SE Karrigan Terrace,
Port Saint Lucie, FL 34983


Inovalon
PO Box 856015,
Minneapolis, MN 55485-6015


Clearcare
PO BOX 207613
Dallas TX 75320-7613


INB, N.A.
C/o Shutts & Bowen LLP
200 South Biscayne Blvd., Ste. 4100,
Miami, FL 33131

Feldman, Brett
C/o Lorium PLLC
197 S Federal Hwy Ste 200
Boca Raton, FL 33432


Solomon, Bryan
C/o Lorium PLLC
197 S Federal Hwy Ste 200
Boca Raton, FL 33432


Amazing Glove SDN.BHD
c/o Stearns Weaver Miller, et al.
150 W Flagler St Ste 2200
Miami, FL 33130


U.S. Small Business Administration
Office of General Counsel
409 3rd St. SW
Washington, DC 20416


Landmark American Insurance Company
945 East Paces Ferry Road NE
Suite 1800
Atlanta, GA 30326


American Casualty Company of Reding,
Pennsylvania
151 N. Franklin Street
Chicago, IL 60606


Lloyd's of London
1 Lime St,
London EC3M 7HA, UK


UNITED SPECIALTY INSURANCE COMPANY
1900 L. DON DODSON DRIVE
BEDFORD, TX 76021

Ascendant Commercial Insurance, Inc
PO Box 141368,
Coral Gables, FL 33114


Amtrust North America
903 NW 65th St #200,
Boca Raton, FL 33487


Covington Special Insurance Company
945 E Paces Ferry Rd NE, Ste 1800,
Atlanta, GA 30326, US


Travelers
PO BOX 660317
Dallas, TX 75266-0317


AETNA
261 N University Drive
Plantation FL  33324


APD
4030 Esplanade Way
Suite 335
Tallahassee FL 32399


Apricus
PO Box 11620
TUCSON AZ 85734


Ascendant Claims Services, LLC
PO Box 141739
Coral Gables FL 33114


Care Works
2340 Drew Street - Suite 200
CLEARWATER FL 33765

Carecentrix
20 Church St
9th Floor
Hartford CT 06103


ConservCare
8529 South Park Circle
Suite 250
Orlando FL 32819


Corlife
CorLife: United Seating & Mobility LLC
155 Franklin Road
Brentwood TN 37027


Corvel Corp
PO Box 6966
Portland OR 97228


Coventry DME Plus
PO BOX 11620
Tucson AZ 85734


Direct Pay Provider Network, LLC
PO Box 3018
MILWAUKEE WI 53201


Evicore Healthcare
730 Cool Springs Blvd
ste 800
Franklin Tenessee 37067


EZ Health Care
PO Box 6787
Brandon FL 33508


First Call Pharmacy
1500 Veterans Memorial Blvd.
Kenner LA 70062

```
FLORIDA COMMUNITY CARE (FCC)
PO box 211322
Eagan  MN 55121


Gallagher Bassett Services, Inc.
PO Box 2831
CLINTON IA 52733


Homelink
P.O. Box 1860
Waterloo IA 50704


Humana LTSS (HUM)
3501 SW 160th Avenue
Miramar FL 33027


Incingo
112 South Main Street
Second Floor, Suite A
Ann Arbor MI 48104


Johns Eastern Company
PO Box 110259

LAKEWOOD RANCH FL 34211


MOLINA
8300 NW 33rd Street
Ste 400
DORAL FL 33122


MTI America
MTI America
PO BOX 667140
Pompano Beach FL 33066
```

One Call Care Management
841 Prudential Drive
Suite 900
Jacksonville FL 32207


Optum
250 Progressive Way
Westerville OH 43082


Seabulk
2200 Eller Drive
PO Box 13038
FORT LAUDERDALE FL 33316


SIMPLY
PO Box 7368
Columbus GA 31908-7368


Sunrise Medical Solutions
PO Box 425
Loganville GA 30052


Sunshine State Health Plan
8725 Henderson rd
Tampa FL 33634


UnitedHealthcare of Florida, Inc.
Attn: Medicaid Contract Installation
Specialist
495 N Keller Rd. Ste 200
Mail Route FL030-1000
Maitland FL 32751


A Bella Vita Place
2143 Dorson Way, Delray Beach
FL 33445

Absolute Care Assisted Living
3621 NW 90th Terrace
Sunrise, FL  33351


AFH Senior Care Coconut Creek
4244 NW 51st street
Coconut Creek, FL 33073


AFH Senior Care Plantation
7360 NW 10th St
Plantation, FL 33322


AFH Senior Care Pompano Beach
4200 NE 19th Ave,
Pompano Beach, FL 33064


Alexander's Home Care
8335 NW 52nd Pl
Coral Springs, Fl 33067


Allegro of  Fort Lauderdale
1290 N Federal Highway
Fort Lauderdale, FL 33304


ALMOST HOME AT NORTH SPRINGS INC.
7506 NW 42nd St
Coral Springs, FL 33065-2013


Arbor Terrace Cooper City
2580 Pine Island Road,
Hollywood City, FL 33024


Artis Senior Living of Davie
2794 S. Flamingo Road
Davie, FL 33330

Assisted Living Retirement HomeIII
2787 SW 33 Avenue
Miami, FL 33133


Aston Gardens At Parkland
5999 University Drive
Parkland, FL 33067


Atlantis Assisted Living Facilities
6026 Old Congress Rd
Lantana,Fl. 33462


Atrium at Liberty Park (Meridian)
1321 NE 24th Ave,
Cape Coral, FL 33909


Augustine Landing
10141 Old Saint Augustine Road
Jacksonville


Aurora Gardens Care
6716 Congress St,
New Port Richey, FL 34653-2845


Banyan Place
2950 NW 5th Ave
Boca Raton, Fl. 33431


Barnett Home Care Assisted Living
3833 SW 33rd St,
West Park, FL 33023


Belmont Village of Ft. Lauderdale
1031 Seminole Drive
Fort Lauderdale, FL 33304

Blue Ribbon Care ALF
22594 South West 65Th Terr,
Boca Raton, FL 33428


Braybrook Assisted Living
7532 Sate Road 52
Hudson, FL 34667


Brighten Assisted Living Facility
1931 SW McAllister Ln.
Port St. Lucie, FL 34953


Brookdale Deer Creek
2403 W Hillsboro Blvd
Deerfield Beach, FL 33442


Brookdale Port Orange
955 Village Trail Drive,
Port Orange, FL 33122


Brookdale Stuart
3401 SE Aster Ln, Stuart,
FL 34994


Broward Nursing & Rehabilitation Center
1330 South Andrews Ave
Fort Lauderdale, FL 33316


Care Castle
9110 Star Trail
New Port Richey, FL 34654


Cinnamon Cove Care
5641 Montana Ave, New Port Richey
FL 34652

Colonial Assisted Living at Palm Beach
2090 N Congress Ave
West Palm Beach, Fl 33401


Coral Springs AFCH
11937 NW 31st St
Coral Springs, FL 33065


Cresthaven
5100 Cresthaven Boulevard
West Palm Beach,Fl.33415


Harbor Chase Tamarac
6855 NW 70th Ave
Tamarac,Fl. 33321


Havencrest III
4471 Coconut Creek Blvd
Coconut Creek, FL 33066


HEALTHCARE HOLDINGS OF FLORIDA LLC
DBA Senior Care Solutions
3313 W. Commercial Blvd Ste# 130


Hudson Manor
13009 Lake Carl Drive
Hudson, FL 34669-2374


Innovative Technology Solutions III
7777 Glades Rd Ste 207A
Boca Raton, FL 3


Inspired Living at Ivy Ridge
7179 40th Ave. N,
St Petersburg, FL 33709

Jennifer Gardens Alf
7334 Jennifer St.
Port Richey, FL 34668


Keval Exquisite Care Deerfield Beach
323 NW 45th Ave,
Deerfield, FL 33442


Lamercie Home
4225 NW 25TH PLACE, LAUDERHILL,
Florida 33313


Leisure Living of Victoria Park
1700 NE 5th Street
Fort Lauderdale, Fl 33301


Lifestyle Living #2
833 N Rainbow Dr
Hollywood, FL 33021


Lindsay's Alternative Care
5783 NW 48th Dr
Coral Springs


Mariposa
9130 Hypoluxo Rd
Lake Worth, FL 33467


Marryshow House in Sunrise
2141 NW 63RD AVENUE,
SUNRISE, FL 33313


MCT Express
2766 NW 62nd Street
Miami FL, 33147

Medical Decision Services
2890 West State Road Suite 102
Fort Lauderdale, FL 33312


Merriment Assisted Living Residence
428 Health Care
1780 Polk St 11th Floor


MiCasa Senior Living
6021 Duval Street,
Hollywood, Florida 33024


Mirabelle of Dadeland
7400 SW 88th St
Miami FL 33156


Oak Haven Assited Living
9040 Star Trail,
New Port Richey, FL 34654


Oak manor senior living
3600 Oak Manor Lane
Largo, Florida 33774


Oakmonte Village of Davie
8201 Stirling Road
Davie, FL 33328


Oakview Terrace Assisted Living
7220 Baillie Dr,
New Port Richey, FL 34653


Pacifica Senior Living Sunrise
4201 Springtree Dr.
Sunrise FL 33351

Palomino Gardens
9885 Palomino Drive
Lake Worth, FL 33467


Park Summit at Coral Springs by Five Star
8500 Royal Palm Blvd.
Coral Springs, FL 33065


Paycom
7501 W. Memorial Road
Oklahom, OK 73142


Pleasant Retirement Home
7512 Washington Ave
Lantana, FL 33462


Precious & Destiny ALF
782 SW 54 AVE
Margate Florida, 33068


Premier Assisted Living
319 Eldridge Ave
Orange Park, FL 32073


Providence Living at Pembroke Pines
10120 City Center Blvd.
Pembroke Pines, FL 33025


Safe Harbor ALF
1320 SW 26th Street
Ft. Lauderdale, FL 33315


SARA'S HOUSE
1567 Ne 46Th St,
Oakland Park, FL 33334

Seaside Hallandale Beach Senior Living
2091 S Ocean Dr.
Hallandale, Fl. 33009


Sela's Place
5850 SW 32nd Ter
Hollywood, FL 33312


Senior Living at the Greens
4950 State Road 16
St. Augustine


SENIOR NANNIES HOME CARE SERVICES LLC
3313 W COMMERCIAL BLVD STE 130
FORT LAUDERDALE FL 33309


Sonata of Vero Beach
2425 20th St.
Vero Beach, FL 32960


ST Joseph's Residence
3485 NW 30th St
Lauderdale Lakes, FL 33311


Stratford Court
6347 Via De Sonrisa del Sur
Boca Raton, Fl. 33433


Suncoast Retreat
8151 Treelet Ct
New Port Richey, FL 34653


Sunscape Boca Raton Senior Living
22501 Boca Rio Road
Boca Raton, FL 33433

```
SUNSET LOVING CARE INC
9740 SW 77th TERRACE
MIAMI, FL 33173


Symphony
4840 W Atlantic Ave
Delray Beach, Fl 33445


Symphony at Stuart
4900 SE Willoughy BLVD
Stuart,FL 34997


The Brennity At Tradition
10685 SW Stony Creek Way
Port St. Lucie, Fl 34987


The Canopy of Beacon Woods
14025 Little Rd
Hudson, FL 34667


The Colony Club
3799 Pine Island Rd
Sunrise, Fl. 33351


The Connie House ALF
716 Northwest 1st Avenue,
Boynton Beach, FL, 33426


The Court Of Palm Aire
2701 North Course Drive
Pompano Beach, FL


The Gardens of Westbrooke
6701 Dairy Road,
Zephyrhills, FL 33542
```

The Horizon Club
1208 South Military Trail
Deerfield Beach,   , FL 33442


The Meridian at Boca Raton
21865 Ponderosa Dr.
Boca Raton FL 33428


The Meridian at Waterways
3001 E Oakland Park Blvd
Fort Lauderdale, FL 33306


The Oasis at Coral Reef
15005 SW 97th Ave
Miami, FL, 33176


THE PALACE SUITES
11377 SW 84th Street
Miami, FL 33173


The Pavilions of East Tampa
2425 E Hanna Ave
Tampa, FL 33610


The Pavilions of New Port Richey
5539 Charles St,
New Port Richey, FL 34652


The Peninsula Assisted Living
5100 Hallandale Beach Blvd
Hollywood, FL 33023


The Preserve at Palm Aire
3701 W McNab Road
Pompano Beach, FL 33069

The Sheridan at Hobe Sound
5785 SE Pinehurst Trail
Hobe Sound, FL 33455


The Sterling Aventura
2777 NE 183rd Street
Miami, FL  33180


The Watermark at Coral Gables
363 Granello Avenue
Coral Gables, Florida 33146


The Windsor at Ortega
5939 Roosevelt Blvd
Jacksonville, FL 32244


TheraHealth & Wellness
631 U.S. Hwy 1 #100
North Palm Beach, FL 33408


TREASURE CARE ASSISTED LIVING LLC
5841 NW 56TH PLACE
TAMARAC FL 33319


Twin Creeks
13470 Boyette Road
Riverview, Fl 33569


Vitality Baypoint Village
7927 State Rd 52,
Hudson, FL 34667


VITAS Healthcare - Palm Beach
1901 S. Congress Ave., Suite 420
Boynton Beach, FL 33426

Walton Place ALF
501 S Walton Avenue
Tarpon Springs, FL 34689


Waterside Landing
5600 Lakeside Drive
Margate, Florida 33063


Wickshire Tamarac
7650 N University Dr
Tamarac, FL 33321


Windward Palms of Boynton
Beach. 8440 South Military
Trail Boynton Beach, Florida
33436


Wyndham Lakes
10660 Old Saint Augustine Rd.,
Jacksonville, FL 32257


Your Life of Coconut Creek
5461 Johnson Road
Coconut Creek, FL 33073


Shandeana Pratt
C/o The Law Offices of T. Walls
Blye, PLLC
14900 SW 30th Street
Suite 277507, Miramar, FL 33027